1  Tonia L. Lucio
   Texas State Bar No. 00793080
2  HANCE SCARBOROUGH, LLP
   111 Congress Avenue, Suite 500
3  Austin, Texas 78701
   Telephone:  (512) 479-8888
4
   Michael. A. Rosenauer, Esq. (2872)
   F. McClure Wallace, Esq. (10264)
5  MICHAEL A. ROSENAUER, LTD.
   510 West Plumb Lane, Suite A
6  Reno, Nevada 89509
   (775) 324-3303
7  (775) 324-6616 (facsimile)

8  Attorneys for Third Party Defendant
   Duratray, Inc., Duratray International and
9  Conymet Duratray North American Operations, LLC

10              UNITED STATES DISTRICT COURT
                     DISTRICT OF NEVADA
11

12 FAIRBANKS GOLD MINING, INC., a        Case No.: 3:10-cv-00492-ECR- WGC
13 Delaware Corporation,
                                         STIPULATION AND ORDER
14                 Plaintiff,
                                         ORDER GRANTING
15 vs.                                   STIPULATION

16 D&D TIRE, INC., a Nevada Corporation,
17 PURCELL TIRE AND RUBBER
   COMPANY, a Missouri Corporation,
18
                   Defendants.
19
   D&D TIRE, INC., a Nevada Corporation,
20 PURCELL TIRE AND RUBBER
   COMPANY, a Missouri Corporation,
21
                   Third Party Plaintiffs,
22
   vs.
23
   DURATRAY, INC., a Delaware
24 Corporation;           DURATRAY
   INTERNATIONAL, a foreign corporation;
25 CONYMET    DURATRAY    NORTH
   AMERICAN OPERATIONS, LLC, a foreign
26 limited   liability  company;   ROE
   CORPORATIONS I-V; PAUL DIMARTINI,
27 an Individual; and BRITT JOHNSON, an

28                                1

*MICHAEL A. ROSENAUER, LTD.*
*510 WEST PLUMB LANE, SUITE A*
*RENO, NEVADA 89509*
*TELEPHONE (775) 324-3303*

Individual,

                Third Party Defendants,

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

     COME NOW, Plaintiff, Fairbanks Gold Mining, Inc. ("FGMI"), Defendants/Third Party Plaintiffs D&D Tire, Inc., and Purcell Tire & Rubber Company ("D&D/PURCELL"), and Third Party Defendants Duratray, Inc., Duratray International, Conymet Duratray North American Operations, LLC, Paul DiMartini and Britt Johnson and file this stipulation for dismissal with prejudice and show the following:

1. On August 9, 2010, FGMI filed this action.

2. On September 13, 2010, D&D/Purcell filed a third party complaint naming Duratray, Inc., Paul DiMartinia and Britt Johnson as third party defendants. Duratray, Inc., Paul DiMartini and Britt Johnson have motions to dismiss pending.

3. On January 10, 2011, Purcell/D&D filed an amended third party complaint naming Duratray International and Conymet Duratray North American Operations, LLC and Roe Corporation I-V as third party defendants. Duratray International and Conymet Duratray North American Operations, LLC have been provided extensions for filing responsive pleadings until September 27, 2011. Roe Corporations I-V have not been served and have not made an appearance.

4. The parties have settled the claims in this lawsuit as set forth in the agreement of the parties. Accordingly, pursuant to Fed. R. Civ. P. 41, the parties stipulate to and request that the Court enter an order dismissing, with prejudice, all claims asserted in this lawsuit by any party against any other party.

WHEREAS, PREMISES CONSIDERED, Plaintiff Fairbanks Gold Mining, Inc., Defendants/Third Party Plaintiffs and D&D Tire, Inc., and Purcell Tire & Rubber Company, and Third Party Defendants Duratray, Inc., Duratray International, Conymet

2

Duratray North American Operations, LLC, Paul DiMartini and Britt Johnson request the Court enter an order dismissing, with prejudice all claims asserted in this lawsuit by any party against any other party.

Respectfully Submitted,

HANCE SCARBOROUGH, LLP
By: _____
Tonia L. Lucio
State Bar No. 00793080
111 Congress Avenue, Suite 500
Austin, Texas 78701
(512) 479-8888
(512) 482-6891 (Facsimile)

Michael A. Rosenauer, Esq. (2872)
F. McClure Wallace, Esq. (10264)
MICHAEL A. ROSENAUER, LTD.
510 West Plumb Lane, Suite A
Reno, Nevada 89509
(775) 324-3303
(775) 324-6616 (Facsimile)

Attorneys for Third Party Defendant Duratray, Inc., Duratray International and Conymet duratray North American Operations, LLC

WOODBURN AND WEDGE
By: _____
W. Chris Wicker (1037)
Joshua M. Woodbury (11326)
6100 Neil Road, Suite 500
Post Office Box 2311
Reno, Nevada 89511

Attorneys for Fairbanks Gold Mining, Inc.

GRAY, RITTER & GRAHAM, P.C.
By: _____
Maurice B. Graham
701 Market Street, Suite 800
St. Louis, Missouri 63101

J. Stephen Peek, Esq. (1758)
J. Robert Smith, Esq. (10992)
HOLLAND & HART LLP
5441 Kietzke Lane
Second Floor
Reno, Nevada 89511

Attorneys for D&D Tire, Inc., and Purcell Tire and Rubber Company

3

Duratray North American Operations, LLC, Paul DiMartini and Britt Johnson request the Court enter an order dismissing, with prejudice all claims asserted in this lawsuit by any party against any other party.

Respectfully Submitted,

HANCE SCARBOROUGH, LLP
By:_____
Tonia L. Lucio
State Bar No. 00793080
111 Congress Avenue, Suite 500
Austin, Texas 78701
(512) 479-8888
(512) 482-6891 (Facsimile)

Michael A. Rosenauer, Esq. (2872)
F. McClure Wallace, Esq. (10264)
MICHAEL A. ROSENAUER, LTD.
510 West Plumb Lane, Suite A
Reno, Nevada 89509
(775) 324-3303
(775) 324-6616 (Facsimile)

Attorneys for Third Party Defendant Duratray, Inc., Duratray International and Conymet duratray North American Operations, LLC

WOODBURN AND WEDGE
By:_____
W. Chris Wicker (1037)
Joshua M. Woodbury (11326)
6100 Neil Road, Suite 500
Post Office Box 2311
Reno, Nevada 89511

Attorneys for Fairbanks Gold Mining, Inc.

GRAY, RITTER & GRAHAM, P.C.
By:_____
Maurice B. Graham
701 Market Street, Suite 800
St. Louis, Missouri 63101

J. Stephen Peek, Esq. (1758)
J. Robert Smith, Esq. (10992)
HOLLAND & HART LLP
5441 Kietzke Lane
Second Floor
Reno, Nevada 89511

Attorneys for D&D Tire, Inc., and Purcell Tire and Rubber Company

3

ROBISON, BELAUSTEGUI, SHARP & LOW
By: _____
F. DeArmond Sharp, Esq. (780)
Kent Robison, Esq. (1167)
71 Washington Street
Reno, Nevada 89503

Andrew Bassak, Esq.
Kevin P. Dwight, Esq.
Christopher D. LeGras, Esq.
Manatt Phelps Phillips
One Embarcadero Center, 30th Floor
San Franscico, California 94111

Attorneys for Paul DiMartini and Britt Johnson

IT IS SO ORDERED

Dated this 24th day of October 2011.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE

3:10-cv-00492-ECR-WGC
Fairbanks Gold Mining v.
D&D Tire, Inc., et al.

4