MICHAEL A. ROSENAUER, LTD.
510 WEST PLUMB LANE, SUITE A
RENO, NEVADA 89509
TELEPHONE (775) 324-3303

1   Tonia L. Lucio
    Texas State Bar No. 00793080
2   HANCE SCARBOROUGH, LLP
    111 Congress Avenue, Suite 500
3   Austin, Texas 78701
    Telephone:   (512) 479-8888

4   Michael. A. Rosenauer, Esq. (2872)
    F. McClure Wallace, Esq. (10264)
5   MICHAEL A. ROSENAUER, LTD.
    510 West Plumb Lane, Suite A
6   Reno, Nevada 89509
    (775) 324-3303
7   (775) 324-6616 (facsimile)

8   Attorneys for Third Party Defendant
    Duratray, Inc., Duratray International and
9   Conymet Duratray North American Operations, LLC

10              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
11

12  FAIRBANKS GOLD MINING, INC., a          Case No.: 3:10-cv-00492-ECR-WGC
13  Delaware Corporation,
                                            STIPULATION AND ORDER
14                      Plaintiff,
                                            ORDER GRANTING
15  vs.                                     STIPULATION

16
    D&D TIRE, INC., a Nevada Corporation,
17  PURCELL TIRE AND RUBBER
    COMPANY, a Missouri Corporation,
18
                        Defendants.
19

20  D&D TIRE, INC., a Nevada Corporation,
    PURCELL TIRE AND RUBBER
21  COMPANY, a Missouri Corporation,

22                      Third Party Plaintiffs,

23  vs.

24  DURATRAY, INC., a Delaware
    Corporation;              DURATRAY
25  INTERNATIONAL, a foreign corporation;
    CONYMET    DURATRAY    NORTH
26  AMERICAN OPERATIONS, LLC, a foreign
    limited      liability      company;      ROE
27  CORPORATIONS I-V; PAUL DIMARTINI,
    an Individual; and BRITT JOHNSON, an

28                                          1

Individual,

Third Party Defendants,

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, Fairbanks Gold Mining, Inc. ("FGMI"), Defendants/Third Party Plaintiffs D&D Tire, Inc., and Purcell Tire & Rubber Company ("D&D/PURCELL"), and Third Party Defendants Duratray, Inc., Duratray International, Conymet Duratray North American Operations, LLC, Paul DiMartini and Britt Johnson and file this stipulation for dismissal with prejudice and show the following:

1.      On August 9, 2010, FGMI filed this action.

2.      On September 13, 2010, D&D/Purcell filed a third party complaint naming Duratray, Inc., Paul DiMartinia and Britt Johnson as third party defendants. Duratray, Inc., Paul DiMartini and Britt Johnson have motions to dismiss pending.

3.      On January 10, 2011, Purcell/D&D filed an amended third party complaint naming Duratray International and Conymet Duratray North American Operations, LLC and Roe Corporation I-V as third party defendants. Duratray International and Conymet Duratray North American Operations, LLC have been provided extensions for filing responsive pleadings until September 27, 2011. Roe Corporations I-V have not been served and have not made an appearance.

4.      The parties have settled the claims in this lawsuit as set forth in the agreement of the parties. Accordingly, pursuant to Fed. R. Civ. P. 41, the parties stipulate to and request that the Court enter an order dismissing, with prejudice, all claims asserted in this lawsuit by any party against any other party.

WHEREAS, PREMISES CONSIDERED, Plaintiff Fairbanks Gold Mining, Inc., Defendants/Third Party Plaintiffs and D&D Tire, Inc., and Purcell Tire & Rubber Company, and Third Party Defendants Duratray, Inc., Duratray International, Conymet

MICHAEL A. ROSENAUER, LTD.
310 WEST PLUMB LANE, SUITE A
RENO, NEVADA 89509
TELEPHONE (775) 324-3303

2

Duratray North American Operations, LLC, Paul DiMartini and Britt Johnson request

the Court enter an order dismissing, with prejudice all claims asserted in this lawsuit by

any party against any other party.

Respectfully Submitted,

HANCE SCARBOROUGH, LLP
By:

Tonia L. Lucio
State Bar No. 00793080
111 Congress Avenue, Suite 500
Austin, Texas 78701
(512) 479-8888
(512) 482-6891 (Facsimile)

Michael A. Rosenauer, Esq. (2872)
F. McClure Wallace, Esq. (10264)
MICHAEL A. ROSENAUER, LTD.
510 West Plumb Lane, Suite A
Reno, Nevada 89509
(775) 324-3303
(775) 324-6616 (Facsimile)

**Attorneys for Third Party Defendant Duratray, Inc., Duratray International and Conymet duratray North American Operations, LLC**

WOODBURN AND WEDGE
By:

W. Chris Wicker (1037)
Joshua M. Woodbury (11326)
6100 Neil Road, Suite 500
Post Office Box 2311
Reno, Nevada 89511

GRAY, RITTER & GRAHAM, P.C.
By:

Maurice B. Graham
701 Market Street, Suite 800
St. Louis, Missouri 63101

J. Stephen Peek, Esq. (1758)
J. Robert Smith, Esq. (10992)
HOLLAND & HART LLP
5441 Kietzke Lane
Second Floor
Reno, Nevada 89511

**Attorneys for Fairbanks Gold Mining, Inc.**

**Attorneys for D&D Tire, Inc., and Purcell Tire and Rubber Company:**

MICHAEL A. ROSENAUER, LTD.
510 WEST PLUMB LANE, SUITE A
RENO, NEVADA 89509
TELEPHONE (775) 324-3303

3

1   Duratray North American Operations, LLC, Paul DiMartini and Britt Johnson request

2   the Court enter an order dismissing, with prejudice all claims asserted in this lawsuit by

3   any party against any other party.

4

5                                                    Respectfully Submitted,

6                                                    HANCE SCARBOROUGH, LLP
                                                     By:_____
7                                                        Tonia L. Lucio
                                                         State Bar No. 00793080
8                                                        111 Congress Avenue, Suite 500
                                                         Austin, Texas 78701
9                                                        (512) 479-8888
                                                         (512) 482-6891 (Facsimile)
10

11                                                   Michael A. Rosenauer, Esq. (2872)
                                                     F. McClure Wallace, Esq. (10264)
12                                                   MICHAEL A. ROSENAUER, LTD.
                                                     510 West Plumb Lane, Suite A
13                                                   Reno, Nevada 89509
                                                     (775) 324-3303
14                                                   (775) 324-6616 (Facsimile)

15                                                   **Attorneys for Third Party Defendant
                                                     Duratray, Inc., Duratray International
16                                                   and Conymet duratray North American
                                                     Operations, LLC**
17

18   WOODBURN AND WEDGE                              GRAY, RITTER & GRAHAM, P.C.
     By:_____                   By:_____
19      W. Chris Wicker (1037)                          Maurice B. Graham
        Joshua M. Woodbury (11326)                      701 Market Street, Suite 800
20      6100 Neil Road, Suite 500                       St. Louis, Missouri 63101
        Post Office Box 2311
21      Reno, Nevada 89511
                                                     J. Stephen Peek, Esq. (1758)
22                                                   J. Robert Smith, Esq. (10992)
                                                     HOLLAND & HART LLP
23                                                   5441 Kietzke Lane
                                                     Second Floor
24                                                   Reno, Nevada 89511

25   Attorneys for Fairbanks Gold Mining, Inc.      **Attorneys for D&D Tire, Inc., and
                                                     Purcell Tire and Rubber Company**
26

27

28                                          3

MICHAEL A. ROSENAUER, LTD.
510 WEST PLUMB LANE, SUITE A
RENO, NEVADA 89509
TELEPHONE (775) 324-3303

1

2  ROBISON, BELAUSTEGUI, SHARP & LOW

3  By:
   F. De Armond Sharp, Esq. (780)

4  Kent Robison, Esq. (1167)
   71 Washington Street

5  Reno, Nevada 89503

6  Andrew Bassak, Esq.
   Kevin P. Dwight, Esq.

7  Christopher D. LeGras, Esq.
   Manatt Phelps Phillips

8  One Embarcadero Center, 30th Floor
   San Franscico, California 94111

9

10 Attorneys for Paul DiMartini and Britt
   Johnson

11

12

13    IT IS SO ORDERED

14       Dated this  24th day of October 2011.

15             Edward C. Reed.
16             UNITED STATES DISTRICT JUDGE

17

18  3:10-cv-00492-ECR-WGC

19  Fairbanks Gold Mining v.

20  D&D Tire, Inc., et al.

21

22

23

24

25

26

27

28                          4

MICHAEL A. ROSENAUER, LTD.
510 WEST PLUMB LANE, SUITE A
RENO, NEVADA 89509
TELEPHONE (775) 324-3303